John R. Brydon [Bar No. 83365]
Edward P. Tugade [Bar No. 226797]
DEMLER, ARMSTRONG & ROWLAND, LLP
601 California Street, Suite 704
San Francisco, California 94108
Telephone: (415) 949-1900; Fax: (415) 354-8380
Emails: bry@darlaw.com; tug@darlaw.com

Attorneys for Defendant PNEUMO ABEX LLC,
successor in interest to Abex Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. TOY, SR. and AGNES TOY,<br><br>Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL INC., et al.<br><br>Defendants. | Case No. 4:19-cv-00326-HSG<br><br>And Related Cases:<br><br>4:19:cv-00325-HSG and 4:19-cv-00336-HSG<br><br>Judge: Haywood S. Gilliam, Jr.<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING (L. RULE 5 AND 6; FRCP 6)**<br><br>[Removed from Alameda County Superior Court Case No. RG18932350] |

Pursuant to Civil Local Rules 5 and 6, and Fed. R. Civ. P. 6, Plaintiffs Thomas H. Toy, Sr. and Agnes Toy, by and through their attorneys of record, and Defendant Pneumo Abex LLC, successor in interest to Abex Corporation, by and through its attorneys of record, hereby stipulate to an extension as follows:

1. On December 14, 2018, Plaintiffs Thomas H. Toy, Sr. and Agnes Toy ("Plaintiffs") filed a Complaint for Personal Injury and Loss of Consortium ("the Complaint") in Alameda County Superior Court (Case No. RG18932350)

2. On January 18, 2019, and unbeknownst to Defendant, Defendant Viad Corp filed a Notice of Removal pursuant to § 1442 in the Northern District of California (Case No. 4:19-cv-00326).

3. On January 22, 2019, the same day the state court answer or response to the state court Complaint by Defendant Pneumo Abex LLC, successor in interest to Abex Corporation's ("Defendant) was due, and unbeknownst to Defendant, Defendant The William Powell Company and Defendant Copes-Vulcan, Inc. filed their Notices of Removal pursuant to 28 U.S.C. §§ 1331 and 1442(a)(1) in the Northern District of California (Case Nos. 19-cv-00336, and 19-cv-00325, respectively). Not until recently did Defendant learn of the Notices of Removal in the three separate federal court actions, and that Plaintiffs noticed the Deposition of Plaintiff Thomas H. Toy for February 18, 2019.

4. On February 6, 2019, the Court issued its Related Case Order, finding and instructing all parties, that the three cases are related.

5. On February 12, 2019, Plaintiffs and Defendant met and conferred regarding Defendant's intent to file its responsive pleading and/or Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12 (B)(2), and the Deposition of Plaintiff Thomas H. Toy, Defendant's attendance and participation during the Deposition of Thomas H. Toy, presently scheduled for February 18, 2019.

6. During the meet and confer process, the parties agreed for Defendant to have an extension to respond to the Complaint in each of the separate, and now related, actions, and that Defendant's attendance and participation during the Deposition of Thomas H. Toy, initially and unilaterally noticed for February 18, 2019, and rescheduled to February 19, 2018, will not constitute a waiver of Defendant's objections to the deposition and Defendant's rights to move to dismiss the case or seek any other relief permitted under the law. Further, the parties

agreed this stipulation is not intended to be, nor does it constitute to be a general appearance by Defendant in this federal action.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant through their respective counsel of record that:

(1) Defendant Pneumo Abex LLC, successor in interest to Abex Corporation's date to file its federal court answer or otherwise file its federal court response to the Complaint now in federal court, under the three separate and related cases identified in paragraphs 2, 3 and 4 above, is extended to March 14, 2019.

(2) This stipulation between Plaintiffs and Defendant does not waive Defendant's rights to move to dismiss the case or seek any other relief permitted under the law.

(3) This stipulation is not intended to be, nor does it constitute to be a general appearance in this federal action.

(4) Defendant's attendance during the Deposition of Thomas H. Toy, scheduled for February 19, 2018, will not constitute a waiver of Defendant's objections to the deposition and Defendant's rights to move to dismiss the case or seek any other relief permitted under the law.

**IT IS SO STIPULATED.**

Dated: February 22, 2019  DEAN OMAR BRANHAM SHIRLEY, LLP

By: /s/   Benjamin H. Adams
Jessica M. Dean, Esq.
Benjamin H. Adams, Esq.
Attorneys for Plaintiffs,
THOMAS H. TOY, SR. and AGNES TOY

Dated: February 22, 2019  DEMLER, ARMSTRONG & ROWLAND LLP

By: /s/   John R. Brydon
John R. Brydon, Esq.
Edward P. Tugade, Esq.
Attorneys for Defendant,

Defendant PNEUMO ABEX LLC, successor in interest to Abex Corporation

**ORDER**

IT IS SO ORDERED.

Dated: February 25, 2019

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING (L. RULE 5 AND 6; FRCP 6)